[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11729

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RONALD LORENZO BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:11-cr-00001-MW-MAF-1

_____

2                          Opinion of the Court                      21-11729

Before ROSENBAUM, GRANT and BLACK, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Ronald Brown in this appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared under *Anders v. California*, 386 U.S. 738 (1967), following the revocation of Brown's supervised release. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's revocation of supervised release and sentence are **AFFIRMED.**

.